UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUN -2 PM 3: 50

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

DERRICK BROOKS,

Plaintiff,

v.                                                             Civil Action No. 04-3043 B/V

UNIFIRST CORPORATION, INC.,

Defendant.

---

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE***

---

Before this Court is the Motion for Admission *Pro Hac Vice* of Bradford J. Smith. Mr. Smith is a member in good standing of the bar of the State of Massachusetts and admitted to practice before the United States District Court for the District of Massachusetts. Counsel has obtained and is familiar with the local rules and professional guidelines of this Court. For good cause shown, the Motion is granted and Bradford J. Smith is admitted to participate in this action as counsel for UniFirst Corporation, Inc.

IT IS SO ORDERED this ___ day of June, 2005.

_____
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:04-CV-03043 was distributed by fax, mail, or direct printing on June 7, 2005 to the parties listed.

---

Robert B. Hale
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Bradford J. Smith
GOODWIN PROCTOR LLP
Exchange Place
Boston, MA 02109--288

Earle J. Schwarz
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Florence M. Johnson
LAW OFFICE OF FLORENCE JOHNSON
100 N. Main Building
Ste. 3001
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT