IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

DERRICK BROOKS,                )
                               )
        Plaintiff,             )
                               )
vs.                            )         No. 04-3043-BV
                               )
UNIFIRST CORPORATION, INC.,    )
                               )
        Defendant.             )

## SCHEDULING ORDER

Pursuant to written notice, a scheduling conference was held August 25, 2005. Present were Florence Johnson, counsel for plaintiff, and Bradford J. Smith, counsel for defendant. At the conference, the following dates were established as the final dates for:

INITIAL DISCLOSURES PURSUANT TO Fed.R.Civ.P. 26(a)(1): August 30, 2005

JOINING PARTIES: August 30, 2005

AMENDING PLEADINGS: September 15, 2005

COMPLETING ALL DISCOVERY: March 1, 2006

    (a) DOCUMENT PRODUCTION: March 1, 2006

    (b) DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR ADMISSIONS: March 1, 2006

    (c) EXPERT WITNESS DISCLOSURE (Rule 26):

        (1) DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-29-05

     INFORMATION:  January 2, 2006

  (2) DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT
    INFORMATION:  February 1, 2006

  (3) EXPERT WITNESS DEPOSITIONS:  March 1, 2006

FILING DISPOSITIVE MOTIONS:  April 21, 2006

OTHER RELEVANT MATTERS:

 No depositions may be scheduled to occur after the discovery cutoff date.  All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

 Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

 This case is set for jury trial, and the trial is expected to last 3-4 days.  The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge.

 This case is appropriate for ADR.  The parties are directed to engage in court-annexed attorney mediation or private mediation within the next 90 days.

 The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

 The opposing party may file a response to any motion filed in this matter.  Neither party may file an additional reply, however, without leave of the court.  If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

 The parties have not consented to trial before the magistrate judge.

 This order has been entered after consultation with trial

2

counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

    IT IS SO ORDERED.

                                          /s/ Diane K. Vescovo
                                          DIANE K. VESCOVO
                                          UNITED STATES MAGISTRATE JUDGE
                                          DATE: August 26, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:04-CV-03043 was distributed by fax, mail, or direct printing on August 29, 2005 to the parties listed.

---

Robert B. Hale
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Earle J. Schwarz
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Bradford J. Smith
GOODWIN PROCTOR LLP
Exchange Place
Boston, MA 02109--288

Florence M. Johnson
LAW OFFICE OF FLORENCE JOHNSON
100 N. Main Building
Ste. 3001
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT